UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:07-cr-233-J-33MCR

SYLVESTER WARREN III

_____/

**ORDER**

This matter comes before the Court pursuant to Sylvester Warren III's pro se construed Motion for Early Termination of Supervised Release (Doc. # 425), filed on October 31, 2019. The United States of America responded on November 14, 2019. (Doc. # 427). For the reasons that follow, the Motion is granted, and Mr. Warren's supervised release is terminated.

**Discussion**

In his Motion, Mr. Warren requests early termination of his supervised release. Pursuant to 18 U.S.C. § 3583(e),

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

1

18 U.S.C. § 3583(e)(1).

In 2008, Mr. Warren was sentenced to a term of imprisonment of 175 months, to be followed by five years of supervised release, for the offense of conspiracy to distribute and to possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. (Doc. ## 306, 307). On December 7, 2011, the Court reduced Mr. Warren's sentence to 121 months' imprisonment. (Doc. # 343). Mr. Warren was released from custody on June 9, 2015, and then began his five-year term of supervised release. (Doc. # 427 at 2). Thus, Mr. Warren's term of supervised release is set to end in June of 2020.

Mr. Warren asks that his supervised release be terminated early because he has complied with the terms of his supervised release for over four years and has become a positive influence and role model to those in his community. (Doc. # 425 at 1). Mr. Warren's probation officer confirms that he has complied with all terms of his supervised release. (Doc. # 427 at 7). And Mr. Warren has included multiple letters from friends, family, and Lake City community members praising Mr. Warren's character. (Doc. # 425 at 2-12).

The Court is mindful that the assigned Assistant United States Attorney objects to early termination. In light of Mr. Warren's compliance with the terms of his supervised release and positive involvement in his community, however, the Court agrees that Mr. Warren's supervised release should be terminated a few months early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Sylvester Warren III's pro se construed Motion for Early Termination of Supervised Release (Doc. # 425) is **GRANTED.** Sylvester Warren III is discharged from supervised release immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of November, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE